**NATIONAL LABOR RELATIONS BOARD, Petitioner**

v.

**Loren A. DECKER, etc.**

No. 16738.

United States Court of Appeals
Eighth Circuit.

June 14, 1961.

Marcel Mallet-Prevost and Dominick L. Manoli, Washington, D. C., for petitioner.

John H. Mitchell, Fort Dodge, Iowa, for respondent.

PER CURIAM.

Application to introduce additional evidence denied without prejudice to renew application at time of hearing upon Board's petition for enforcement.

---

**Donnell PICKENS, Appellant**

v.

**UNITED STATES.**

No. 16796.

United States Court of Appeals
Eighth Circuit.

June 20, 1961.

Donnell Pickens, pro se.

D. Jeff. Lance, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution on motion of appellee.

---

**NATIONAL LABOR RELATIONS BOARD, Petitioner**

v.

**WALSH–LUMPKIN WHOLESALE DRUG CO.**

No. 16697.

United States Court of Appeals
Eighth Circuit.

May 31, 1961.

Marcel Mallet-Prevost, Asst. General Counsel, National Labor Relations Board and Dominick Manoli, Assoc. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

LeRoy Autrey, Texarkana, Ark., for respondent.

PER CURIAM.

Order of Labor Board enforced and respondent to comply with affirmative provisions of Order of Board, etc.

---

**FARMERS UNION OIL CO. OF RHAME, Appellant,**

v.

**Kenneth W. GILLIS and Edgar Weisz.**

No. 16676.

United States Court of Appeals
Eighth Circuit.

May 24, 1961.

Michael R. McIntee, Williston, N. D., for appellant.

Theodore Kellogg, Dickinson, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, D.C., 186 F.Supp. 331, on dismissal by appellant.